ROB BONTA, State Bar No. 202668
Attorney General of California
DEBORAH B. WADLEIGH, State Bar No. 239550
Supervising Deputy Attorney General
ZACHARY GLANTZ, State Bar No. 298936
Deputy Attorney General
300 South Spring Street, Suite 1702
Los Angeles, CA 90013-1230
Telephone: (213) 269-6170
Fax: (916) 731-3641
E-mail: Zachary.Glantz@doj.ca.gov
*Attorneys for Defendant California Department of Corrections and Rehabilitation*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **REBECCA LAVENANT, as Personal Representative of the Estate of PAUL LEWIS GRANADOS, and in her individual capacity,**<br><br>Plaintiff,<br><br>**v.**<br><br>**CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION; FOLSOM STATE PRISON; JOHN DOES 1-50, inclusive,**<br><br>Defendants. | Case No. 2:26-cv-03290-DC-CSK<br><br>**JOINT STIPULATION FOR INITIAL EXTENSION OF TIME TO RESPOND TO COMPLAINT**<br><br>**[LOCAL RULE 144(a)]**<br><br>Judge: Dena Coggins<br>Action Filed: September 17, 2026 |

Defendant California Defendant of Corrections and Rehabilitation (CDCR) received the summons and complaint in this matter from Plaintiff Rebecca Lavenant on October 15, 2026, making CDCR's deadline to respond to the complaint November 5, 2026. Fed. R. Civ. P. 12(a)(1)(A)(i).

\ \ \

\ \ \

Pursuant to Federal Rule of Civil Procedure 6 and Local Rule 144(a), Plaintiff Rebecca Lavenant and CDCR, by and through their attorneys, stipulate to a twenty-eight day extension of time, up to and including December 3, 2026, for CDCR to respond to Plaintiff's complaint.

IT IS SO STIPULATED.

Dated: October 29, 2026

LLG NATIONAL LAW GROUP

/s/ Renee Walker

RENEE WALKER
(as authorized October 28, 2026)
*Attorney for Plaintiff Rebecca Lavenant*

Dated: October 29, 2026

ROB BONTA
Attorney General of California
DEBORAH B. WADLEIGH
Supervising Deputy Attorney General

/s/ Zachary Glantz

ZACHARY GLANTZ
Deputy Attorney General
*Attorneys for Defendant California Department of Corrections and Rehabilitation*

SA2026604433
68822408

# CERTIFICATE OF SERVICE

Case Name: **Lavenant, Rebecca, et al. v. CDCR, et al.** No. **2:26-at-01739**

I hereby certify that on October 29, 2026, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**JOINT STIPULATION FOR INITIAL EXTENSION OF TIME TO RESPOND TO COMPLAINT**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on October 29, 2026, at Orange County, California.

| | |
|---|---|
| Zachary Glantz | /s/ Zachary Glantz |
| Declarant | Signature |

SA2026604433
68831665